## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 08cv134-HRW

ROBERT BROWN                                                                                 PLAINTIFF

v.                                                       <u>O R D E R</u>

AK STEEL CORPORATION                                                                DEFENDANT

This matter is before the Court upon the Plaintiffs' Stipulation of Dismisal With Prejudice [DE 12]. The Court having considered the matter, and being otherwise sufficiently advised,

**HEREBY ORDERS**:

a.   that this matter is hereby **DISMISSED WITH PREJUDICE**;

b.   that each party is to bear their own costs; and

c.   that this matter is **STRICKEN** from the Court's active docket.

This 23rd day of October, 2009.



HENRY R. WILHOIT, JR.
SENIOR U. S. DISTRICT JUDGE